IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL BECK JACKSON,
No. 08738-030,

       Petitioner,

vs.

       Case No. 18–cv–612-DRH

WARDEN TRUE,

       Respondent.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

*Pro se* Petitioner Arthur Robinson, currently incarcerated in the United States Penitentiary in Marion, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. Relying on the case of *Mathis v. United States*, ⸺ U.S. ⸺, 136 S. Ct. 2243 (2016) and related case law, he challenges his enhanced sentence as a career offender based on three prior burglary offenses in Iowa (doc. 3).[1] This case is now before the Court for a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District

---

[1] A second habeas case was opened on March 30, 2018 (Case No. 18-cv-713-DRH). Plaintiff subsequently informed the Court that he did not intend to file a second habeas case (Case No. 18-cv-713-DRH, Doc. 5). Instead, he intended to file an amended petition in the instant action. Accordingly, the duplicative action has been administratively closed and Plaintiff's pleadings have been filed as the Amended Petition in the instant action. The filing fee paid in the duplicative case will be applied to the instant action.

1

Courts.

Without commenting on the merits of Petitioner's claims, the Court concludes that the Petition survives preliminary review under Rule 4 and Rule 1(b).

## Disposition

**IT IS HEREBY ORDERED** that Respondent Werlich shall answer or otherwise plead within thirty days of the date this order is entered (on or before May 17, 2018).[2] This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to United States Magistrate Judge Clifford J. Proud for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to United States Magistrate Judge Proud for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the

---

[2] The response date ordered herein is controlling. Any date that CM/ECF should generate in the course of this litigation is a guideline only. *See* SDIL-EFR 3.

pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

*[Signature: David R Herndon]*

Judge Herndon
2018.04.17
12:51:17 -05'00'

**United States District Judge**